(November 15, 2007)

■ FARANGIS DAYANIM, Respondent, v OTIS ELEVATOR COMPANY et al., Appellants. [844 NYS2d 863]—Appeal from an order, Supreme Court, New York County (Emily Jane Goodman, J.), entered April 5, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Friedman, Marlow and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JOHNSON, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about July 26, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Nardelli, Gonzalez and Kavanagh, JJ.